RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
rdennett@dennettwinspear.com
MATTHEW J. WAGNER, ESQ.
Nevada Bar No. 011311
mwagner@dennettwinspear.com

**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone: (702) 839-1100
Facsimile: (702) 839-1113
*Attorneys for State Farm Mutual*
*Automobile Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DIANE F. KROLL,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No: 2:19-cv-00311-APG-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF EXTRA-CONTRACTUAL CLAIMS (COMMON LAW BAD FAITH; STATUTORY BAD FAITH) AND PUNITIVE DAMAGES CLAIMS** |

IT IS HEREBY STIPULATED by and between ROBERT L. AMICK, ESQ. of the AMICK LAW OFFICE, attorneys for Plaintiff, DIANE F. KROLL, and MATTHEW J. WAGNER, ESQ., of the law firm of DENNETT WINSPEAR, LLP, attorneys for Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, that Plaintiff's Second Claim for Relief (Common Law Bad Faith); Third Claim for Relief (Statutory Bad Faith); punitive damages; and any other claims involving claims outside of the contractual relationship between STATE FARM MUTUAL

///
///
///
///

AUTOMOBILE INSURANCE COMPANY and DIANE F. KROLL be dismissed with prejudice.

DATED: 11/22/19

AMICK LAW OFFICES

By_____
ROBERT L. AMICK, ESQ.
Nevada Bar No. 5204
6030 S. Rainbow Blvd., Suite D-1
Las Vegas, Nevada 89118
Telephone: (702) 320-1616
Facsimile: (702) 320-3979
*Attorney for Plaintiff,
DIANE F. KROLL*

DATED: 11/22/19

DENNETT WINSPEAR, LLP

By_____
MATTHEW J. WAGNER, ESQ.
Nevada Bar No. 11311
3301 N. Buffalo Drive, #195
Las Vegas, Nevada 89129
Telephone: (702) 839-1100
Facsimile: (702) 839-1113
*Attorneys for Defendant, STATE FARM
MUTUAL AUTOMOBILE INSURANCE
COMPANY*

ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: November 25, 2019.