# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

DIANE F. KROLL,

    Plaintiff

v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant

Case No.: 2:19-cv-00311-APG-BNW

**Order for Proposed Joint Pretrial Order**

    Pursuant to the scheduling order (ECF No. 17), the proposed joint pretrial order was due on January 6, 2020. The parties did not file a proposed joint pretrial order by that date.

    I THEREFORE ORDER the parties to file a proposed joint pretrial order by January 24, 2020.

    DATED this 9th day of January, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE