# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DIANE F. KROLL, | Case No.: 2:19-cv-00311-APG-BNW |
| Plaintiff | **Order Rejecting Proposed Joint Pretrial Order** |
| v. | [ECF No. 24] |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | |
| Defendant | |

The parties' proposed Joint Pretrial Order **(ECF No. 24)** does not comply with Local Rules 16-3 and 16-4. For example, the parties submit separate lists of exhibits that contain many of the same documents. Yet they do not "identify the exhibits the parties agree can be admitted at trial" as required by Local Rule 16-3(b)(8)(A). If the parties list the same exhibit, why isn't that exhibit stipulated into evidence? And the parties fail to state any objections to each other's exhibits as required by Local Rule 16-3(b)(8)(B). If no objection is made, the exhibits should be stipulated into evidence. "Stipulations on admissibility, authenticity, and/or identification of documents should be made whenever possible." LR 16-3(b)(8)(B).

Neither party lists any depositions transcripts they intend to use at trial. Thus, I presume neither side will offer such transcripts in lieu of live testimony. If the parties intend to offer deposition testimony, they must designate the portions of those transcripts they will use in the proposed pretrial order, along with objections to those designations. *See* Local Rule 16-3(b)(11).

Local Rules 16-3 and 16-4 are designed to streamline the trial preparation and presentation, and to foster settlement. The parties cannot simply wait to make trial decisions until the eve of trial. If they do, they cannot conduct effective settlement discussions. The

proposed order will be rejected.  The parties shall submit a new proposed joint order addressing these and any other problems and complying with Local Rules 16-3 and 16-4.

I THEREFORE ORDER that the parties' Joint Pretrial Order (**ECF No. 24) is REJECTED.**  The parties shall personally confer as required in Local Rule 16-3, and submit a Joint Pretrial Order that complies with Local Rule 16-4 by February 18, 2020.

DATED this 4th day of February, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE