RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
rdennett@dennettwinspear.com
MATTHEW J. WAGNER, ESQ.
Nevada Bar No. 011311
mwagner@dennettwinspear.com
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone: (702) 839-1100
Facsimile: (702) 839-1113
*Attorneys for State Farm Mutual Automobile Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DIANE F. KROLL,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No: 2:19-cv-00311-APG-BNW |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between ROBERT L. AMICK, ESQ., of AMICK LAW OFFICES, attorney for Plaintiff, DIANE F. KROLL, and MATTHEW J. WAGNER, ESQ., of the law firm of DENNETT WINSPEAR, LLP, attorney for Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY that the within matter be dismissed, with prejudice, each party to bear their own attorneys' fees and costs.

IT IS FURTHER STIPULATED that the trial of the within matter currently set on the stack to commence on September 2020 along with all hearings related thereto, be vacated.

///

///

///

| | |
|---|---|
| DATED: June 1, 2020<br>**AMICK LAW OFFICES**<br><br>By_____<br>ROBERT L. AMICK, ESQ.<br>Nevada Bar No. 5204<br>2300 W. Sahara, #1150<br>Las Vegas, Nevada 89102<br>***Attorneys for Plaintiffs*** | DATED: 6/1/20<br>**DENNETT WINSPEAR, LLP**<br><br>By_____<br>MATTHEW J. WAGNER, ESQ.<br>Nevada Bar No. 011311<br>3301 N. Buffalo Drive, Suite 195<br>Las Vegas, NV 89129<br>***Attorneys for Defendants*** |

## ORDER

UPON STIPULATION OF COUNSEL and good cause appearing,

IT IS HEREBY ORDERED that the within matter be, and is hereby dismissed, with prejudice, each party to bear their own attorneys' fees and costs.

IT IS FURTHER ORDERED that the trial of the within matter presently set for the stack commencing September 28, 2020, together with all related hearings related thereto, be vacated.

DATED: 6/2/2020

_____
UNITED STATES DISTRICT JUDGE

Submitted by:
**DENNETT WINSPEAR, LLP**

By_____
MATTHEW J. WAGNER, ESQ.
Nevada Bar No. 011311
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
***Attorneys for Defendant***
**STATE FARM MUTUAL AUTOMOBILE INSURANCE**